IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**STEPHEN E. DISHINGER**                                                                                    **PETITIONER**

v.                                    **CASE NO. 2:05CV00100GH**

**LINDA SANDERS, Warden,**
**FCC Forrest City, AR**                                                                                       **RESPONDENT**

### ORDER

Pending is Petitioner's Motion to Show Cause (Doc. No. 11). Respondent is directed to respond to Petitioner's Motion by 5 p.m., Thursday, October 27, 2005.

IT IS SO ORDERED THIS 21st day of October, 2005.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE

1