IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

STEPHEN E. DISHINGER                                                                PETITIONER

V.                              NO: 2:05CV00100 GH

LINDA SANDERS, Warden,
FCI Forrest City, Arkansas                                                          RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's request that the Respondent be cited for civil contempt is denied.

IT IS SO ORDERED this 19th day of December, 2005.

_George Howard, Jr._
UNITED STATES DISTRICT JUDGE